# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS (WORCESTER)

C.A. No.: 1:24-cv-10016

| | |
|---|---|
| **DALE BLAKE and PENNY BLAKE**     *Plaintiffs,* **v.** **RYDER TRUCK RENTAL, INC. and DAIMLER TRUCK NORTH AMERICA LLC**     *Defendant* | ) ) ) ) ) ) ) ) ) ) ) ) |

## DAIMLER TRUCK NORTH AMERICA LLC AND RYDER TRUCK RENTAL, INC.'S NOTICE OF REMOVAL

TO: THE JUDGES OF THE UNITED STATES DITRICT COURT FOR THE DISTRICT OF MASSACHUSETTS - CENTRAL DIVISION - WORCESTER

Pursuant to Title 28 U.S.C. §§ 1332, 1441 and 1446, Defendants Daimler Truck North America LLC ("DTNA") and Ryder Truck Rental Inc. ("Ryder") hereby remove an action filed in the Superior Court of the State of Massachusetts, Worcester County, and give notice of such removal. In support, DTNA and Ryder submit the following:

1. Plaintiffs commenced this action in the Worcester Superior Court. The state action is entitled *Dale Blake and Penny Blake v. Ryder Truck Rental, Inc. and Daimler Truck North America LLC*. A copy of the Summons and Complaint in the state court action is annexed hereto as **Exhibit 1**.[1]

---

[1] Also attached with Exhibit 1 is the State Court Civil Action Cover Sheet, Discovery Requests propounded to the Defendants and a copy of the Worcester Superior Court Docket Sheet. Other than Notices of Appearances for Plaintiffs' counsel, there are no other filings in the state court action.

2. Ryder received the Summons and Complaint on December 7, 2023.  DTNA received the Summons and Complaint on December 8, 2023.  Thus, removal is timely under 28 U.S.C. § 1446(b) because DTNA and Ryder have filed this Notice of Removal "within 30 days after the receipt by the defendants, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based."  28 U.S.C. § 1446(b)(1).

3. DTNA and Ryder are the only Codefendants in this action.  Thus, there are no other parties to the case from which DTNA and Ryder must obtain assent to this removal under 28 U.S.C. § 1446.

4. This is a product liability/negligence lawsuit in which Plaintiffs Dale Blake and Penny Blake allege defects in the design, manufacture, testing, inspecting, maintenance, distribution and selling of a Freightliner Cascadia 125DC tractor/truck.  The Plaintiffs contend that on August 12, 2022, Dale Blake drove the subject Freightliner, which was manufactured and sold by DTNA and owned and maintained by Ryder, to a school in Fitchburg, Massachusetts in furtherance of his employment with a company named United Rentals (who leased the subject truck from Ryder) where he was scheduled to receive a boom lift to return to United Rentals.  The Plaintiffs further contend that Dale Blake received the boom lift and drove it onto the trailer attached to the subject truck and that while so doing, the truck and trailer began rolling forward, forcing Dale Blake to jump from the boom lift and onto the ground, causing him serious and permanent injuries.

5. The Plaintiffs claim that Dale Blake suffered traumatic injuries as a result of the incident, to include a tibia/fibula lateral fracture, an L2 fracture in his low back and deteriorating muscle tear injuries. The medical expenses to date are alleged to be in excess of $36,000 and lost wages are alleged to be in excess of $175,000. The Plaintiffs further allege that the Plaintiff, Penny Blake, suffered loss of consortium damages as a result of Dale Blake's injuries.

6. The Plaintiffs filed a Complaint on October 17, 2023, in the Worcester Superior Court, alleging claims against DTNA sounding in negligence, breach of warranty and strict liability and against Ryder sounding in negligence.

7. The Plaintiffs are residents of Dudley, Massachusetts. See Complaint at ¶¶ 1 and 2.

8. DTNA is a Limited Liability Company with its principal place of business located at 455 N. Channel Ave., Portland, Oregon. See DTNA Rule 7.1 Corporate Disclosure Statement, annexed hereto as **Exhibit 2**.

9. Ryder is a corporation organized under the laws of the State of Florida with its principal place of business located at 11690 NW 105 Street, Miami, Florida. See Ryder Rule 7.1 Corporate Disclosure Statement annexed hereto as **Exhibit 3**.

10. This action is removable pursuant to 28 U.S.C §§ 1332(a)(1) and 1441(b) because diversity of citizenship exists between the Plaintiffs and all Defendants.

11. The matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs. The removing party need only establish that it appears to a

reasonable probability that the claim is in excess of the statutory jurisdictional amount.  See *Amoche v. Guarantee Trust Life Insurance Co*.., 556 F.3rd 43 (1st Cir. 2009); *JGCA Holding Corp. v. McCarthy*, C.A. No. 09-358-JD, 2010 WL 99089, (D.N.H Jan 6, 2010).

12. The jurisdictional amount in controversy is satisfied in this action.  The Plaintiffs allege that Dale Blake sustained serious and permanent injuries and preliminarily claim damages in excess of $213,000, not including an undetermined amount for Dale Blake's alleged pain and suffering and for Penny Blake's alleged loss of consortium.  Based on these allegations, there is a reasonable probability that the amount in controversy exceeds $75,000, exclusive of interests and costs.

13. Pursuant to 28 U.S.C. § 1446(d), DTNA and Ryder will give written notice of the filing of this Notice of Removal to all adverse parties and will file a copy of this Notice of Removal with the Clerk of the Worcester Superior Court.

14. Pursuant to Fed. R. Civ. P. 7.1(a), DTNA's and Ryders's corporate disclosures are annexed to this Notice of Removal.  See **Exhibits 2 and 3**.

15. By filing this Notice of Removal, DTNA and Ryder do not waive any defense which may be available to it in this action.

16. Further, DTNA and Ryder demand a jury trial.  See Fed. R. Civ. P. 38.

WHEREFORE, DTNA and Ryder respectfully request that this Court assume subject matter jurisdiction over this action on the grounds of diversity jurisdiction as set forth in this Notice of Removal.

Dated: January 3, 2024

**DAIMLER TRUCK NORTH AMERICA LLC**
By its Attorneys,

**SEGAL, McCAMBRIDGE, SINGER & MAHONEY**

*/s/ Anthony J. Sbarra, Jr.*
Anthony J. Sbarra, Jr. BBO# 552461
101 Federal Street
Suite 1900
Boston, MA 02110
(617) 686-7995
asbarra@smsm.com

**RYDER TRUCK RENTAL, INC.**
By its Attorneys,

**TUCKER, DYER & O'CONNELL LLP**

*/s/ William J. Fidurko*
Scott J. Tucker
William J. Fidurko
109 Wells Avenue
Newton, MA 02459
(617) 986-6220
tucker@tdolaw.com
fidurko@tdolaw.com

**CERTIFICATE OF SERVICE**

I, Anthony J. Sbarra, Jr. counsel for the defendant, Daimler Truck North America LLC, hereby certify that this document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the NEF, and paper copies will be sent to those indicated as non-registered participants, on this 3rd day of January, 2024.

*/s/ Anthony J. Sbarra, Jr.*
Anthony J. Sbarra, Jr. #552461